UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NICOLAS RAMIREZ-CALMO,

Petitioner,

v.

WARDEN, CALIFORNIA CITY
CORRECTIONAL CENTER,

Respondent.

No. 2:26-cv-00964-DC-JDP

ORDER GRANTING MOTION TO DISMISS
ACTION AS DUPLICATIVE

(Doc. Nos. 2, 8)

On March 18, 2026, Petitioner filed a *pro se* petition for a writ of habeas corpus brought under 28 U.S.C. § 2241, and a motion for a temporary restraining order, challenging his ongoing immigration detention. (Doc. Nos. 1, 2.) On March 25, 2026, Respondents filed a notice of related cases and motion to dismiss, alerting the court to the fact that Petitioner, through counsel, had already sought the same federal habeas relief in a petition he filed on January 15, 2026, in *Ramirez Calmo v. Lyons, et al.*, No. 1:26-cv-00313-JLT-HBK (E.D. Cal.). (Doc. No. 8.) Notably, the court in Petitioner's earlier-filed case has already granted the petition and entered judgment in favor of Petitioner. *Ramirez Calmo v. Lyons, et al.*, No. 1:26-cv-00313-JLT-HBK, Doc. Nos. 15, 16 (E.D. Cal. Mar. 13, 2026.)

Therefore, this court will dismiss this action because it is duplicative of Petitioner's earlier-filed action, in which judgment has already been entered in his favor.

Accordingly,

1

1. Respondent's motion to dismiss this action as duplicative (Doc. No. 8) is GRANTED;

2. This action is dismissed because it is duplicative of *Ramirez Calmo v. Lyons, et al.*, No. 1:26-cv-00313-JLT-HBK;

3. Petitioner's motion for a temporary restraining order (Doc. No. 2) is DENIED as having been rendered moot; and

4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:    **March 26, 2026**

_____
Dena Coggins
United States District Judge

2